JAMES L. DENNIS, District Judge.
ORDER:
A member of the court in active service having requested a poll on the reconsideration of this cause en banc, and a majority of the judges in active service and not disqualified not having voted in favor (Fed. R.App. P. 35 and 5th Cir. R. 35), rehearing en banc is DENIED.
In the en banc poll, seven judges voted in favor of rehearing (Judges Jolly, Davis, Jones, Smith, Clement, Owen, and Elrod), and eight judges voted against (Chief Judge Stewart and Judges Dennis, Prado, Southwick, Haynes, Graves, Higginson, and Costa).
ENTERED FOR THE COURT:
James L. Dennis United States Circuit Judge